UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVLOCAL, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>NICK L. COLLETTE,<br><br>                              Defendant. | Case No.:  21-cv-383-WQH-LL<br><br>**ORDER** |

HAYES, Judge:

Upon consideration of the parties' Joint Motion to Set Aside Entry of Default and Extend Defendant's Time to Respond to Plaintiff's Complaint (ECF No. 20), and good cause appearing,

IT IS HEREBY ORDERED that entry of default as to Defendant Nick L. Collette be set aside, and Defendant Nick L. Collette's time to respond to Plaintiff RevLocal, LLC's Complaint is extended to November 12, 2021.

Dated:  October 26, 2021

Hon. William Q. Hayes
United States District Court