UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVLOCAL, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>NICK L. COLLETTE,<br><br>                              Defendant. | Case No.:  3:21-cv-00383-WQH-AHG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| NICK L. COLLETTE,<br><br>                    Third Party Plaintiff,<br><br>v.<br><br>RC CONSULTING d.b.a. Second Nature,<br><br>               Third Party Defendant. | |

Upon review of the docket (*see* ECF No. 46), the Court **SETS** a Case Management Conference ("CMC") for **May 13, 2022** at **9:30 a.m. PT** before Magistrate Judge Allison H. Goddard. **Counsel and parties proceeding *pro se* must attend the CMC via videoconference**; party representatives are not required to attend.

The Court issues the following **Mandatory Procedures** to be followed in preparation for the CMC:

1. The parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **May 6, 2022**.

2. The parties must file a Joint Case Management Statement by **May 10, 2022**. The Joint Case Management Statement must address all points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H. Goddard," which can be found on the court website at: https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf.

3. To facilitate the videoconference CMC, the Court hereby orders as follows:

   A. The Court will use its official Zoom video conferencing account to hold the CMC. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the CMC.[2] There is a cost-free option for creating a Zoom account.

   B. Prior to the start of the CMC, the Court will email each participant an

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

invitation to join a Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation.

C. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the CMC to ensure that the conference begins promptly at 9:30 a.m.

D. Zoom's functionalities will allow the Court to conduct the CMC as it ordinarily would conduct an in-person one. The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

E. No later than **May 10, 2022**, each party shall send an e-mail to the Court at efile_goddard@casd.uscourts.gov containing the following:

i. The **name and title of each participant**;

ii. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

iii. A **telephone number where each participant** may be reached

---

[3]   For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

so that if technical difficulties arise; and

    iv.  **A cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the CMC to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

F. All participants shall display the same level of professionalism during the CMC and be prepared to devote their full attention to the CMC as if they were attending in person, i.e., cannot be driving while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

G. Counsel are advised that although the CMC will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., counsel must dress in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: April 18, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge