UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVLOCAL, LLC,<br><br>                            Plaintiff,<br>v.<br>NICK L. COLLETTE,<br><br>                            Defendant. | Case No.: 21-cv-383-WQH-AHG<br><br>**ORDER** |
| NICK L. COLLETTE,<br><br>                     Third Party Plaintiff,<br>v.<br>RC CONSULTING d.b.a Second Nature,<br><br>                   Third Party Defendant. | |

HAYES, Judge:

    On June 13, 2022, Plaintiff RevLocal, LLC filed a Motion for Leave to File Amended Complaint ("Motion to Amend"). (ECF No. 53). The Motion to Amend references an "attached" proposed amended complaint. (*Id*. at 1; ECF No. 53-1 at 1). However, no proposed amended complaint is attached to the Motion to Amend.

    IT IS HEREBY ORDERED that, no later than seven (7) days from the date this Order is filed, Plaintiff may refile the Motion to Amend in a format that complies with

Civil Local Rule 15.1. *See* S.D. Cal. Civ. L. R. 15.1(b) ("Any motion to amend a pleading must be accompanied by: (1) a copy of the proposed amended pleading, and (2) a version of the proposed amended pleading that shows—through redlining, underlining, strikeouts, or other similarly effective typographic methods—how the proposed amended pleading differs from the operative pleading."). The hearing date for the refiled Motion to Amend shall be August 1, 2022, and there will be no oral argument unless requested by the Court.

Dated: June 22, 2022

Hon. William Q. Hayes
United States District Court